J. J. DONNELLY, SR. *v.* SEARS, ROEBUCK AND COMPANY

The plaintiff having failed to defend against the appeal with proper diligence, pursuant to the provisions of § 696 of the Practice Book, the case is remanded to the Court of Common Pleas in Hartford County with direction to dismiss the action as to him.

*J. J. Donnelly, Sr.,* pro se, the appellee (plaintiff).

*Harold E. Read, Jr.,* for the appellant (defendant).

Argued January 2—decided January 2, 1973

STATE OF CONNECTICUT *v.* ROBERT T. SMITH

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*John D. LaBelle,* state's attorney, for the appellee (state).

*Michael A. Connor, Jr.,* for the appellant (defendant).

Argued January 2—decided January 2, 1973

SYMMEE S. STROH *v.* IRVING E. STROH

The plaintiff's motion to dismiss dated June 20, 1972, as supplemented by her supplemental motion to dismiss dated July 20, 1972, in the appeals from the Superior Court in New Haven County is granted.

*A. Reynolds Gordon,* for the appellee (plaintiff).

*Irving E. Stroh,* pro se, the appellant (defendant).

Argued January 2—decided January 2, 1973